U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Omar M Alghizawat | COURT CASE NUMBER<br>1:26-cv-00972-JMR-LF |
| DEFENDANT<br>Department of the Air Force | TYPE OF PROCESS<br>Personal |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Department of the Air Force

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1690 Air Force Pentagon Washington, D.C. 20330

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285: 1 |
| Omar M. Alghizawat<br>1801 Betts St NE<br>Albuquerque, NM 87112<br>PRO SE | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A.: X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 22 2026
ERIK PALTR... / CLERK

| Signature of Attorney other Originator requesting service on behalf of | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | [x] PLAINTIFF<br>[ ] DEFENDANT | | APR 09 2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No 51 | No 16 | Devon Baker | 09/15/2026 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [x] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 9/18/26 | 0623 | [x] am [ ] pm |

| Address *(complete only different than shown above)* | Signature of U S Marshal or Deputy |
|---|---|
| | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Delivered via Certified mail on 9/18/26 @ 0623 am

**RECEIVED**
**By Devon Baker at 9:32 am, Sep 15, 2026**

Form USM-285
Rev 03/21

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00972-JMR-LF

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Department of the Air Force
was received by me on *(date)* 9/15/26 .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify)*: Delivered Via certified mail on 9/18/26 @ 0623 am

My fees are $ Ø for travel and $ Ø for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/21/26

*Server's signature*

FEO Timothy A. Washington

*Printed name and title*

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

*Server's address*

Additional information regarding attempted service, etc: